# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LEANDRO LEONEL GONZALEZ CASTILLO, | Case No. ED CV 18-1649-JFW (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOE LIZARRAGA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 23, 2019

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE